83 F.3d 421
 In Matter of Cajun Electric Power Cooperative, Inc.; Cajun
Electric Power Cooperative, Incorporated, Triton Coal
Company, Louisiana Public Service Commission, Members
Committee, Western Fuels Association, Inc., Official
Committee of Unsecured Creditors, Burlington Northern
Railroad Company, American Commercial Terminals, a Division
of American Commercial Marine Service Co.
v.
Central Louisiana Electric Cooperative, Inc., U.S. o/b/o
Rural Utilities Service, U.S.
 NO. 95-30760
 United States Court of Appeals,
Fifth Circuit.
 Mar 27, 1996
 M.D.La., 74
 F.3d 599
 
 1
 DENIALS OF REHEARING EN BANC.